IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00025-MP-AK

DANNIE CHARLES REAVES,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 41, Notice of Appearance, filed by attorney Stephen N. Bernstein on behalf of Defendant Dannie Charles Reaves.  By order of the Magistrate Judge, Stephen K. Johnson was appointed as counsel to Defendant pursuant to the provisions of the Criminal Justice Act.  Doc. 13.  A telephonic hearing was held on Thursday, November 6, 2008, to discuss the appearance of Mr. Bernstein as private counsel for Defendant.  During the hearing, Mr. Johnson confirmed that Mr. Bernstein has been retained as private counsel for Defendant and, therefore, moved to withdraw as counsel for Defendant.  The Government is unopposed to the motion.  Upon consideration, the motion is GRANTED.  Mr. Johnson is hereby relieved from further responsibility in this case.  The Clerk is directed to enter Stephen N. Bernstein, Post Office Box 1642, Gainesville, Florida 32602 [(352) 373-9555], as the attorney of record for Defendant Dannie Charles Reaves.  Mr. Johnson may now complete and file the CJA voucher issued at Doc. 32.

    **DONE AND ORDERED** this  _6th_ day of November, 2008

               *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge