IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          CASE NO. 1:08-cr-00025-MP-AK

DANNIE CHARLES REAVES and
DANIEL CHESTER REAVES,

    Defendants.
_____/

**O R D E R**

    This matter is before the Court following a July 30, 2009, telephonic hearing on the status of the jury trial in this case, which is currently scheduled for the trial period beginning Tuesday, July 14, 2009.  As discussed at the hearing, the government filed on June 23, 2009, a superseding indictment charging a third defendant in this case and adding one count against the defendants for conspiracy to possess and distribute with intent to distribute more than 100 kilograms of a mixture and substance containing a detectable amount of marijuana.  At the hearing, the defendants indicated that they are ready for trial and waived any right they might have to delay the trial in order to prepare a defense to the new charge in the indictment.  The parties acknowledged, however, that a continuance may be necessary in the event the third co-defendant is arrested.  In the meantime, trial is set for 9:30 a.m. on Wednesday, July 15, 2009.

    **DONE AND ORDERED** this *1st*  day of July, 2009

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge