IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:08-cr-00025-MP-AK

DANNIE CHARLES REAVES and
DANIEL CHESTER REAVES,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 115, Motion to Continue, filed by the government.  The trial of Dannie Charles Reaves and Daniel Chester Reaves is currently set to begin on Wednesday, July 15, 2009, at 9:30 a.m.  On June 23, 2009, the government filed a superseding indictment (Doc. 91) charging a third defendant in this case and adding one count against the defendants for conspiracy to possess and distribute with intent to distribute more than 100 kilograms of a mixture and substance containing a detectable amount of marijuana.  On July 2, 2009, the arrest warrant for the third defendant was returned executed.

In the instant motion, which the government filed on the same day, the government requests that the trials of all three defendants be consolidated and continued to August 11, 2009, the date the trial of the third defendant is currently scheduled to begin.  Defendant Daniel Chester Reaves has filed a response in opposition to the motion.  Doc. 116.  On July 7, 2009, the Court held a hearing to discuss the government's motion and the defendants' opposition thereto.  As stated at the hearing, the Court finds that the ends of justice served by consolidating the defendants' trials and granting a continuance outweigh the interests of the defendants and the

public in a speedy trial.  If, after more discovery, it becomes apparent that all three defendants cannot be tried at the same time without violating the rights of any defendant, the Court will entertain a motion for severance.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion to Continue (Doc. 115) is GRANTED.  The trial of Dannie Charles Reaves and Daniel Chester Reaves is reset to the trial term beginning Tuesday, August 11, 2009.

**DONE AND ORDERED** this _7th_ day of July, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge