IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:08cr25-MP/AK

DANNIE CHARLES REAVES
  a/k/a De-Bo
DANIEL CHESTER REAVES
  a/k/a D.C.,

    Defendants.
_____/

**ORDER SETTING ATTORNEY CONFERENCE AND
DEADLINE FOR SUBMISSION OF WITNESS LISTS AND TIME ESTIMATES**

To ensure the orderly trial of Defendants Dannie Charles Reaves and Daniel Chester Reaves,[1] which is scheduled for 9:00 a.m. on Monday, September 14, 2009, it is

ORDERED AND ADJUDGED:

1. An attorney conference is set for 8:30 a.m. on Monday, September 14, 2009.

2. The Government and each Defendant shall file, on or before 5:00 p.m. on Friday, September 4, 2009, a witness list that includes a summary of

---

[1] Co-Defendant Eric Harris has been severed for separate trial.

each witness's testimony and an estimate of the length of time that testimony will take to present.

DONE AND ORDERED this 12th day of August, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge