IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 1:08-cr-00025-MP-AK

DANNIE CHARLES REAVES,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 127, Motion to Sever Defendant by Daniel Chester Reaves, and Doc. 128, Motion to Sever Defendant by Dannie Charles Reaves. A hearing was held on August 11, 2009. At the hearing, the United States confirmed that the other co-defendant, Harris, would not be testifying at trial and, in light of this, further admitted that the two defendants, under Bruton v. United States, 391 U.S. 123 (1968), would not be able to receive a fair trial unless severance was granted. The Court agrees, and therefore, the motions of Defendant Daniel Chester Reaves and Dannie Charles Reaves to sever their trial from the trial of Defendant Harris are GRANTED. The trial of Defendants Daniel Chester Reaves and Dannie Charles Reaves is hereby set for 9:00 a.m. on Monday, September 14, 2009.

    **DONE AND ORDERED** this   *18th*   day of August, 2009

                                        *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge