IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr25-SPM

DANNIE CHARLES REAVES,

    Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE SENTENCE

This cause comes before the Court on Defendant's Motion for Sentence Reduction. Doc. 269.

Rule 35 of the Federal Rules of Criminal Procedure prescribes two circumstances under which a court may correct or reduce a sentence. Under subsection "a," the court may correct a sentence for clear error within 14 days of imposition. Defendant's motion is untimely under subsection "a" because more than 14 days have passed since imposition of sentence. Regardless, the provision "is not intended to afford the court the opportunity to reconsider the application or interpretation of the sentencing guidelines or for the court to simply change its mind about the appropriateness of the sentence." Fed. R. Crim. P. 35 advisory committee's notes (1991). Therefore, a sentence reduction is not

available to Defendant under subsection "a."

Under subsection "b," the court may reduce a sentence upon the government's filing of a substantial assistance motion. No substantial assistance motion has been filed in this case. Thus the Court does not have jurisdiction to reduce Defendant's sentence. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion for Sentence Reduction (doc. 269) is denied.

DONE AND ORDERED this 27th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 1:08cr25-SPM