IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-25-SPM-GRJ

DANNIE CHARLES REAVES,

_____/

## O R D E R

This case is before the Court on Defendant's Motion To Vacate, Set Aside, Or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 273).  Pursuant to the Rules Governing § 2255 proceedings, the Government will be required to file an answer or other response.  Upon receipt of the Government's response and Defendant's reply, if any, the Court will review the file to determine whether an evidentiary hearing is required.  If an evidentiary hearing is not required, the Court will dispose of the motion as justice requires pursuant to § 2255 Rule 8(a).

Accordingly, it is **ORDERED:**

1.  The Clerk shall furnish by certified mail, return receipt requested, this Order and Doc. 273 to the United States Attorney for this district, who shall file an answer or other appropriate pleading no later than **September 16, 2011.**

2.  If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

3.  Defendant shall have until **October 17, 2011**, to file a response, if desired.

**DONE AND ORDERED** this 18th day of July 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge