**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

v.                                         **CASE NOS. 1:08-cr-25-MW/GRJ-1
and 1:11-cv-82-MW/GRJ**

**DANNIE CHARLES REAVES,**

      **Defendant/Petitioner,**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 298, filed October 28, 2013. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The motion to vacate, set aside, or correct sentence, ECF No. 273, as supplemented, ECF No. 278, is **DENIED**. A

certificate of appealability is **DENIED**." The Clerk shall close the files.

      **SO ORDERED on November 19, 2013.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**
